**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RICKY SAMUEL ANDERSON, | ) | |
| Plaintiff, | ) | **2:05cv1054** |
| | ) | **Electronic Filing** |
| v. | ) | |
| | ) | Judge Cercone |
| WESTMORELAND COUNTY, | ) | Magistrate Judge Caiazza |
| Defendant. | ) | |

<u>**MEMORANDUM ORDER**</u>

The Plaintiff's Complaint was received by the Clerk of Court on July 29, 2005, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation filed on April 13, 2006, recommended that the Defendant's Motion to Dismiss be granted.  Service was made on the Plaintiff by First Class United States Mail delivered to the Westmoreland County Jail, Greensburg, Pennsylvania, were he is incarcerated and on the Defendant.  Objections were filed by the Plaintiff on April 27, 2006.

Without citation to legal authority identifying errors in the Report and Recommendation, the Plaintiff merely sets out a rambling series of voluminous facts in his objections which were not alleged in his original Complaint.  Also, none of his objections are readily discernable, and, as far as the court

can ascertain, fail to identify any policy or custom instituted by the Defendant Westmoreland County.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this ____26____ day of May, 2006,

IT IS ORDERED that the Defendant's Motion to Dismiss is GRANTED.

The Report and Recommendation of Magistrate Judge Caiazza dated April 13, 2006, (Document No. 16) is adopted as the opinion of the district court.


_____
David Stewart Cercone
United States District Judge


cc:   Honorable Francis X. Caiazza
      United States Magistrate Judge

      RICKY SAMUEL ANDERSON, 3399-03
      Westmoreland County Jail
      3000 South Grande Boulevard
      Greensburg, PA 15601

      John K. Greiner, Esquire
      Belden, Belden, Persin & Johnston
      117 North Main Street
      Belden Building
      Greensburg, PA 15601